| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*George Bruner*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): G Bruner    C. Date of Delivery: 8/11/11 |
| 1. Article Addressed to:<br><br>**Richard E. Bruner**<br>403708 Yorkshire Circle<br>Cleves, OH 45002 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>RECEIVED<br>AUG 12 2011 |
| 1:11cv484 SSB #4 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 0110 0001 4140 8711 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540