IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Richard E. Bruner, DDS et al. ) | |
| ) | |
| Plaintiff- ) | District Court No. : 1:11-cv-484 |
| ) | |
| v. ) | MOTION FOR EXTENSION OF |
| ) | TIME |
| Ohio State Dental Board et al. ) | |
| ) | |
| Defendant- ) | |

Plaintiff/Petitioner Dr. Richard E. Bruner, a Florida resident, am requesting an extension of 90 days for the following reasons:

1) Less than 24 hours ago, on 24AUG11, notice was received via regular mail, that this Court has denied provision of court appointed representation by legal counsel.
In light of this notice, time is necessary to secure legal representation, and ,

2) To file specific written objections accompanied by a memorandum of law in support of the objections to the Report and Recommendation resulting from a sua sponte review.

DATED this 25th day of August, 2011.

_____
Clerk of Court or Agency

Respectfully submitted,

*Richard E. Bruner DDS*

Richard E. Bruner, DDS
9620 Village View Blvd, #201
Bonita Springs, FL 34135